COPY 1

PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, NC

DEC 15 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Alan Patrick Hall
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

Lowell Griffin
Sheriff of Henderson
County North Carolina
(Enter above full name of defendant or defendants.)

Case No. 1:25-cv-00438-KDB

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (  )   No ( ✓ )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.

1. Parties to previous lawsuits:
   Plaintiffs: _____

   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket number: _____

4. Name of presiding Judge: _____

5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
   _____

6. Approximate date of case filing: _____

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes ( ) No (✓)
1. Name the court and docket number for each:

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No (✓)
1. If yes, how many?
2. Name the court and docket number for each action:

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (✓) No ( )

B. If your answer is Yes:
1. When did you file your grievance?

November 2025

2. What was your grievance?

Complaint requesting MAT treatment for Opioid Use Disorder under the aegis of the Americans With Disabilities Act.

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (✓) No ( )

If yes, when was the decision and what was the result?

1 — WAS DENIED ACCOMODADATION UNDER ADA (November 2025)

2 — SENT WRITTEN LETTERS TO SHERIFF AND CHIEF JAILER WITH SAME REQUEST (NEITHER WAS ANSWERED)

C. If your answer to A is no, identify the claim(s) and explain why not:

IV. **PARTIES**
A. Plaintiff's Name: Alan Patrick Hall
Address/Place of Confinement: Henderson County Detention Facility
375 1st Ave East Hendersonville NC 28792

B. Defendant(s)

Name of Defendant 1: Lowell Griffin
Position: Sheriff
Place of Employment: Henderson County Sheriffs Office
Current Address: 100 N. Grove Street Hendersonville NC 28792

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: _____

Defendant 3: _____

Defendant 4: _____

(Continue on separate sheet if necessary.)

V. **STATEMENT OF CLAIM**
State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

- Plaintiff would respectfully show that prior to his detainment by the Henderson County Sheriffs' Office on 10/21/2025, he voluntarily sought treatment for opiate dependency at two different treatment centers (see below) where he was diagnosed with Opioid Use Disorder (OUD) and subsequently prescribed a Medication Assisted Treatment (MAT) regimin of Suboxone (Buprenorphine Hydrochloride)

- Plaintiff would also respectfully show that MAT programs are now the accepted standard for treatment of OUD, which the courts have recognized as a legitimate medical diagnosis requiring accomodation under the Americans with Disabilities Act (ADA)

- Plaintiff hereby makes this Honorable Court aware of his diagnosis and subsequent treatment regimin, and asserts that Sheriff Lowell Griffins

TREATMENT PROGRAMS ATTENDED

① NEIL DOBBINS DETOX CENTER
356 BILTMORE AVENUE
ASHEVILLE NC 28801
(828) 254-2700
▶ JUNE 2025

② PHOENIX CENTER
1400 CLEVELAND STREET
GREENVILLE SC 29602
(864) 467-3790
▶ JULY - AUGUST 2025

- refusal to offer a MAT program for detainees in pre-trial confinement is a violation of his medical rights under the Americans With Disabilities Act.
- Plaintiff also asserts violation of his Constitutional Rights of Due Process and Equal Protection Under the Law under the 14th Amendment in that other similarly situated pre-trial detainees in North Carolina are offered MAT therapy while he is denied same treatment.
- Plaintiff further asserts violation of his Constitutional Right Against Cruel and Unusual Punishment under the 8th Amendment in that he has been forced and subjected to ACUTE WITHDRAWAL from his legally prescribed medications and suffered INSOMNIA, DIARREA, DEPRESSION, COLD CHILLS AND MENTAL TORMENT.
- Plaintiff hereby respectfully seeks accomodation under the Americans With Disabilities Act for his medical disability (Opioid Use Disorder) and respectfully requests that this court investigate his claims and consider his requested relief.
- Since Plaintiff is asserting violation of his Constitutional Rights in Federal Court, we posit that Sheriff Griffins normal claim of sovereign immunity as a Public Official does not apply here due to the EX PARTE EXEPTION involving Constitutional issues.

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

- That this Honorable Court hereby ORDER that plaintiff be housed while awaiting trial in Buncombe, Transylvania or any other county in the Asheville District of the USDC that offers MAT therapy for accomodation of his claim under the Americans With Disabilities Act. ADA

WDNC – Prisoner 1983 Complaint – May 2013    Page 4
Case 1:25-cv-00438-KDB    Document 1    Filed 12/15/25    Page 4 of 5

_(blank lined page)_

Date: 12/8/2025

Signature: Alan Patrick Hull

Prison ID #: 1405091